**UNITED STATES of America,**

v.

**Mohammad AFZAL, Appellant.**

**No. 04–1910.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) Feb. 10, 2005.

Decided March 25, 2005.

George S. Leone, Office Of United States Attorney, Newark, NJ, for Appellee.

Glenn J. Moramarco, Office Of United States Attorney Camden Federal Building & Courthouse, Camden, NJ, Lorraine Gauli–Rufo, Office of Federal Public Defender, Newark, NJ, for Appellant.

Before: BARRY, FUENTES, and VAN ANTWERPEN, Circuit Judges.

## OPINION OF THE COURT

FUENTES, Circuit Judge.

Mohammad Afzal pled guilty to a two count information charging him in Count One with conspiring to commit bank fraud, and in Count Two with making, uttering and possessing counterfeit checks. The District Court sentenced Afzal, pursuant to the United States Sentencing Guidelines, to a 44 month term of imprisonment, and $52,857.34 in total restitution. Afzal received a two level enhancement for obstruction of justice, and a three-level enhancement for committing the offense in count two of the information while on release from the offense in count one. On appeal, he challenges his sentence under *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. Afzal raises no challenge as to his conviction and accordingly has waived any argument in this regard. We will affirm the judgment of conviction.